MAY 7, 1951.

No. 229.   WASHINGTON ET AL. v. McGRATH ET AL. On petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit. *Per Curiam:* The petition for writ of certiorari is granted and the judgment is affirmed by an equally divided Court. MR. JUSTICE CLARK took no part in the consideration or decision of this case.   *O. John Rogge* for petitioners.

924

*Solicitor General Perlman* filed a memorandum for the United States.